# EXHIBIT 1

```
Type of Work:       Sound Recording

Registration Number / Date:
                    SR0000190942 / 1994-06-16

Title:              A real dead one / Iron Maiden.

Imprint:             c1993.

Publisher Number:   Capitol Records CDP 0777 7 89248 2

Description:        Compact disc.

Notes:              Cover by Derek Riggs; photos by Guido Karp, George Chin and
                       Tony Mottram.

Copyright Claimant:
                    © ℗ on recording, artwork, liner notes; Iron Maiden
                       Holdings, Ltd. (employer for hire)

Date of Creation:   1993

Date of Publication:
                    1993-10-25

Contents:           The number of the beast -- The trooper -- Prowler --
                       Transylvania -- Remember tomorrow -- Where eagles dare
                       -- Sanctuary -- Running free -- Run to the hills --
                       Minutes to midnight -- Iron maiden -- Hallowed be thy
                       name.

Other Title:        The number of the beast.
                    The trooper.

Names:              Riggs, Derek
                    Karp, Guido
                    Chin, George
                    Mottram, Tony
                    Iron Maiden
                    Iron Maiden Holdings, Ltd.
```

================================================================================

```
Type of Work:      Visual Material

Registration Number / Date:
                   VA0001907596 / 2014-05-29

Application Title: Number of the Beast Eddie.

Title:             Number of the Beast Eddie.

Description:       electronic file ( e service)

Copyright Claimant:
                   Iron Maiden Holdings Limited, Transfer: By written
                      agreement.

Date of Creation:  1982

Date of Publication:
                   1982-03-22

Nation of First Publication:
                   United Kingdom

Authorship on Application:
                   Derek Riggs, 1958-  ;  Citizenship: United Kingdom.
                      Authorship: 2-D artwork.

Rights and Permissions:
                   Brian M. Davis, VLP Law Group LLP, bdavis@vlplawgroup.com

Copyright Note:    C.O. correspondence.

Names:             Riggs, Derek, 1958-
                   Iron Maiden Holdings Limited

================================================================================
```

```
Type of Work:      Visual Material

Registration Number / Date:
                   VA0001909133 / 2014-03-18

Application Title: Trooper Eddie.

Title:             Trooper Eddie.

Description:       electronic file ( e service)

Copyright Claimant:
                   Iron Maiden Holdings Limited, Transfer: By written
                     agreement.

Date of Creation:  1983

Date of Publication:
                   1983-06-20

Nation of First Publication:
                   United Kingdom

Authorship on Application:
                   Derek Riggs, 1958-  ;  Citizenship: United Kingdom.
                     Authorship: 2-D artwork.

Rights and Permissions:
                   Brian M. Davis, VLP Law Group LLP, bdavis@vlplawgroup.com

Copyright Note:    C.O. correspondence.

Names:             Riggs, Derek, 1958-
                   Iron Maiden Holdings Limited

==============================================================================
```

```
Type of Work:      Visual Material

Registration Number / Date:
                   VA0001910671 / 2014-06-24

Application Title: Killers Eddie.

Title:             Killers Eddie.

Description:       electronic file ( e service)

Copyright Claimant:
                   Iron Maiden Holdings Limited, Transfer: By written
                      agreement.

Date of Creation:  1981

Date of Publication:
                   1981-02-02

Nation of First Publication:
                   United Kingdom

Authorship on Application:
                   Derek Riggs, 1958-  ;  Citizenship: United Kingdom.
                      Authorship: 2-D artwork.

Rights and Permissions:
                   Brian M. Davis, VLP Law Group LLP, bdavis@vlplawgroup.com

Copyright Note:    C.O. correspondence.

Names:             Riggs, Derek, 1958-
                   Iron Maiden Holdings Limited

===============================================================================
```